Gerald A. LECHLITER, Petitioner Below–Appellant,

v.

SUSSEX COUNTY PLANNING AND ZONING COMMISSION, J.G. Townsend, Jr. & Co., and Jack Lingo Asset Management, LLC, Respondents Below–Appellees.

No. 619, 2015

Supreme Court of Delaware.

Submitted: March 4, 2016
Decided: April 28, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S15A-05-003

AFFIRMED.

Joseph DICKINSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 91, 2016

Supreme Court of Delaware.

Submitted: April 8, 2016
Decided: April 29, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0901009990A

AFFIRMED.

IN the MATTER OF the Petition of Dennis SHIPMAN for a Writ of Mandamus

No. 164, 2016

Supreme Court of Delaware.

Submitted: April 21, 2016
Decided: May 2, 2016
Rehearing En Banc Denied May 16, 2016

DISMISSED.

Solomon COLLINS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 88, 2015

Supreme Court of Delaware.

Submitted: April 27, 2016
Decided: May 2, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 0910019961

AFFIRMED.